ACCEPTED
12-14-00230
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/13/2015 12:15:04 PM
CATHY LUSK
CLERK

## NO. 12-14-00230-CV

## 12TH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/13/2015 12:15:04 PM
CATHY S. LUSK
Clerk

## APPELLATE PROCEEDING FROM SHELBY COUNTY COUNTY COURT

## DELORES AND HAROLD PATTON
### Appellants

## V.

## LOANCARE
### Appellee

## APPELLEE'S FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### THE LAW OFFICE OF CORNELIA A. HARTMAN

Cornelia A. Hartman
Texas Bar No. 09159850
Email: corneliahartman@sbcglobal.net
123 San Augustine Street
Center, TX 75935
Tel. (936) 598-3999
Fax. (936) 598-3031
Attorney for Appellee, LoanCare, LLC

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes LoanCare, Appellee, in the above styled and numbered cause, by and through its appellate attorney, Cornelia A. Hartman, and submits its *Motion for Extension of Time to File Appellee's Brief,* and for good cause shows the following:

1.      This case is an eviction case that is on appeal from the County Court of Shelby County, Texas.

2.      The case below was styled LoanCare v. Delores and Harold Patton and numbered 2014-4404CV.

3.       Appellee's Brief is currently due on January 14, 2015. No other extensions have been requested by Appellee.

4.      Appellee relies on the following facts as good cause for the requested extension:

Attorney for Appellee is a sole practitioner with one secretary. Attorney for Appellee is in the process of relocating her home and office in another county over 150 miles away from the current location.  Additionally, the court did not accept the filing of Appellant's brief until December 22, 2014 due to certain defects in Appellants' Motion for Leave to Extend Time to File Appellant's brief.  Even though the brief was not accepted until December 22, 2014, the date the brief was filed was apparently backdated to December 15, 2014. The original due date of Appellant's brief was November 10, 2014.  Due to Appellant's late filing of his brief, the intervening holidays (appellee's attorney was out of town)  and subsequent ten day illness of Appellee's attorney has caused

Appellee's attorney to get backlogged.

5.     Attorney for Appellee's secretary is now out sick for the second day in a row further adding to the backlog.

6.     Appellee requests an extension of time of 30 days from the present due date, i.e. a new due date of February 12, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this *Motion To Extend Time to File Appellee's Brief*.

Respectfully submitted,

Cornelia A. Hartman
State Bar No. 09159850
123 San Augustine St.
Center, Texas 75935
Tel: (936) 598-3999
Fax: (936) 598-3031

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

This is to certify that on January 13, 2015, a true and correct copy of the above and foregoing document was served on the Keith Stanley, Attorney for Appellant, via facsimile to 936-598-9155.

Cornelia A. Hartman